**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       In re Rail Logix Dayton, LLC

Appellate case number:     01-22-00448-CV

Trial court case number:    2021-77903

Trial court:                270th District Court of Harris County

On June 16, 2022, relator, Rail Logix Dayton, LLC, filed a petition for writ of mandamus challenging the trial court's May 9, 2022 order denying relator's motion to dismiss pursuant to Texas Rule of Civil Procedure 91a.

The Court requests a response to the petition for a writ of mandamus from real party in interest, The HouReal Corporation. **The response if any, is due no later than twenty days from the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____
                    ☑ Acting individually     ☐ Acting for the Court

Date: _____July 7, 2022_____